United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAINA NAPOTO,

    Plaintiff,

v.

DHL EXPRESS (USA), INC., et al.

    Defendants.
_____/

No. C 09-01551 JSW

**ORDER DENYING WITHOUT PREJUDICE, AS MOOT, MOTION TO DISMISS AND VACATING HEARING DATE**

On April 15, 2009, Defendants filed a motion to dismiss in this action, which is noticed for hearing on May 22, 2009. On May 1, 2009, Plaintiff filed an opposition and an amended complaint. In light of Plaintiff's decision to file an amended complaint, the Court HEREBY DENIES WITHOUT PREJUDICE, AS MOOT, Defendants' motion to dismiss and VACATES the hearing set for May 22, 2009.

**IT IS SO ORDERED.**

Dated: May 7, 2009

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE