IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAINA NAPOTO, | No. C 09-01551 JSW |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT AND MOTION TO STRIKE** |
| v. | |
| DHL EXPRESS (USA), INC., et al. | |
| Defendants. | |

On May 15, 2009, Defendants filed a motion to dismiss in this action, which is noticed for hearing on July 17, 2009. It is HEREBY ORDERED that Plaintiff's opposition to the motion shall be due on June 5, 2009, and Defendants' reply shall be due on June 12, 2009. If the parties seek to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: May 18, 2009

                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE