RAO ONGARO LLP
Anthony J. Rao (SBN 173512)
 arao@rao-ongaro.com
90 Park Avenue, 18th floor
New York, NY 10016
Telephone: (212) 455-9286
Facsimile: (212) 297-0005

RAO ONGARO LLP
David R. Ongaro (SBN 154698)
 dongaro@rao-ongaro.com
David R. Burtt (SBN 201220)
 dburtt@rao-ongaro.com
595 Market Street, Suite 610
San Francisco, CA 94105
Telephone: (415) 433-3902
Facsimile: (415) 433-3950

Attorneys for Defendants
DHL EXPRESS (USA), INC.,
DHL GLOBAL CUSTOMER SOLUTIONS (USA), INC.,
DHL INFORMATION SERVICES (AMERICAS), INC.,
DHL SOLUTIONS (USA), INC., DANZAS CORPORATION,
EXEL GLOBAL LOGISTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| TAINA NAPOTO, as an individual and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DHL EXPRESS (USA), INC., an Ohio Corporation; DHL GLOBAL CUSTOMER SOLUTIONS (USA), INC., an Ohio Corporation, DHL INFORMATION SERVICES (AMERICAS), INC., an Ohio Corporation, DHL SOLUTIONS (USA), INC., an Ohio Corporation, DHL GLOBAL FORWARDING, an entity unknown; DANZAS CORPORATION, an Ohio Corporation; EXEL GLOBAL LOGISTICS, INC., a New York corporation, and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. C09-01551 JSW<br><br>**AMENDED DECLARATION OF CAROL MARCUS-STANLEY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>Honorable Jeffrey S. White |

I, Carol Marcus-Stanley, declare and state as follows:

1. I am a Senior Legal Analyst for DHL Express (USA), Inc located in Plantation, Florida. I have held this position since 2003. I make this declaration based upon my own personal knowledge, and if called upon, I could and would testify competently to the facts stated herein.

2. My responsibilities as a Senior Legal Analyst include assisting with the management of corporate governance issues.

3. Based on the corporate records available to me, Danzas Corporation was organized on October 1, 1943, in the State of New York and, on December 20, 2004, was re-domiciled to the State of Ohio ("Danzas") and is qualified to conduct business in several states. Danzas has conducted business under the trade name "DHL Danzas Air & Ocean". Additionally, Danzas, along with Air Express International USA, Inc., an Ohio corporation, Exel Global Logistics Inc, a New York corporation, and Radix Group International, Inc., an Ohio corporation, are owners of the trade name "DHL Global Forwarding" and operates under the brand name "DHL Global Forwarding". On or about July 2006, Plaintiff became an employee of Danzas.

4. Danzas is an entirely separate corporate entity from DHL Express (USA), Inc. ("DHL Express"), DHL Global Customer Solutions (USA), Inc. ("GCS"), DHL Information Services (Americas), Inc. ("ISA"), DHL Solutions (USA), Inc. ("SOL"), and Exel Global Logistics, Inc. ("Exel Global"). Indeed, each of these entities are separate corporate entities from one another.

5. Generally speaking, Danzas carries goods by rail, road, air and sea throughout the world and provides comprehensive freight services to clients. Express operated hundreds of sites in the United States where it provided domestic and international shipping, express, delivery, ground, and logistics services (in January 2009, Express discontinued domestic service in the United States). GCS was formed in 2001 and provides marketing and consulting services to a global customer base. GCS coordinates major clients' express, air and ocean freight services and offers consultancy in solution development, implementation coordination, and performance

1  management. ISA has operations and locations throughout the United States and provides a
2  variety of customized technology solutions. ISA specializes in business process outsourcing in
3  industries such as insurance, retail, automotive, consumer goods, pharmaceutical, financial
4  services, legal, consulting, publishing and the public sector. SOL is the leading provider of the
5  marketing and sale of logistics and warehousing services including order picking, packaging and
6  constructing displays, and delivery. Exel Global provides freight management and transportation
7  solutions services to U.S. Federal security agencies.

8      6.    Each separate entity has its own federal employer identification number/tax
9  identification number, charter/registration number, articles of incorporation and bylaws.
10 Express's unique charter identification number is 1507515. A true and correct copy is attached
11 at Exhibit 1. GCS's charter identification number is 1507525. *Id.*, at Exhibit 2. Information's
12 unique charter identification number is 1507541. *Id.*, at Exhibit 3. Solution's unique charter
13 identification number is 853896. *Id.*, at Exhibit 4. Exel Global does not have a charter
14 identification number because the State of New York, Division of Corporation, does not issue
15 charter identification numbers. Danzas' unique charter identification number is 1507543.

16     7.    In addition to unique charter identification numbers, each separate entity has its
17 own employees, procedures, cost centers, revenues, management, officers, directors, controls,
18 duties, markets, roles, etc. The operating entities are wholly-owned subsidiaries of DPWN
19 Holdings (USA), Inc, an Ohio corporation (the Parent) and are organized into four separate
20 operating divisions: Mail, Express (including DHL Express (USA), Inc), Global
21 Forwarding/Freight (including Danzas Corporation and Exel Global), and Supply Chain.

22     8.    No individual defendant exercises control over the operations of any other
23 defendant. Each defendant maintains separate bookkeeping, accounts payable and receivable
24 departments, payroll, marketing, and accounting practices.

9. In February 2007, Exel Global was acquired by the Parent. Exel Global has a separate President, officers, management, Board of Directors, revenue, profit, and market segment than DHL Express, GCS, ISA, SOL and Danzas. Exel Global exercises day-to-day control over business and employment decisions affecting Exel Global employees. Employees of Express, GCS, ISA, SOL and Danzas do not directly supervise or control job duties of, Exel Global employees.

I declare under penalty of perjury in accordance with the laws of the United States that the foregoing is true and correct.

Executed this 19th day of May, 2009 at Plantation, Florida.

_____
Carol Marcus-Stanley