PETER M. HART (State Bar No. 198691)
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

LARRY W. LEE (State Bar No. 228175)
DIVERSITY LAW GROUP, A Professional Corporation
444 S. Flower Street, Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com

KENNETH H. YOON (State Bar No. 198443)
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

Attorneys for Plaintiff
Taina Naupoto

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAINA NAPOTO, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation; DHL GLOBAL CUSTOMER SOLUTIONS (USA), INC., an Ohio corporation; DHL INFORMATION SERVICES (AMERICAS), INC., an Ohio corporation; DHL SOLUTIONS (USA), INC., an Ohio corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 09-CV-01551 JSW<br><br>[~~PROPOSED~~] ORDER |

- 1 -
[~~PROPOSED~~] ORDER
(09-CV-01551 JSW)

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. Defendants DHL EXPRESS (USA), INC., DHL GLOBAL CUSTOMER SOLUTIONS (USA), INC., DHL INFORMATION SERVICES (AMERICAS), INC., and DHL SOLUTIONS (USA), INC. are dismissed without prejudice from the First Amended Complaint;

2. Plaintiffs and all Defendants shall bear their own costs and attorneys' fees in connection with the dismissal of Defendants DHL EXPRESS (USA), INC., DHL GLOBAL CUSTOMER SOLUTIONS (USA), INC., DHL INFORMATION SERVICES (AMERICAS), INC., and DHL SOLUTIONS (USA), INC.;

3. The Motion for Summary Judgment presently set for Friday, September 25, 2009 at 9:00 am is off-calendar without prejudice to Defendants refiling;

4. The discovery schedule set forth in this Court's ORDER CONVERTING IN PART MOTION TO DISMISS TO MOTION FOR SUMMARY JUDGMENT AND RESERVING RULING AND GRANTING IN PART REMAINDER OF MOTION TO DISMISS dated July 2, 2009, is vacated as moot.

**IT IS SO ORDERED.**

Dated: August 10, 2009

_____
Jeffrey S. White
United States District Judge