PETER M. HART (State Bar No. 198691)
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

LARRY W. LEE (State Bar No. 228175)
DIVERSITY LAW GROUP, A Professional Corporation
444 S. Flower Street, Suite 1370
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
lwlee@diversitylaw.com

KENNETH H. YOON (State Bar No. 198443)
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211
kyoon@yoon-law.com

Attorneys for Plaintiff
Taina Napoto aka Amanita Naupoto

RAO TILIAKOS LLP
Anthony J. Rao (SBN 173512)
arao@rao-ongaro.com
90 Park Avenue, 18th Floor
New York, NY 10016
Telephone: (212) 455-9255
Facsimile: (212) 297-0005

Attorneys for Defendants Danzas
Corporation and Exel Global Logistics, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAINA NAPOTO, as an individual and on behalf of others similar situated,<br><br>Plaintiff,<br>v.<br><br>DANZAS CORPORATION, an Ohio corporation, and EXEL GLOBAL LOGISTICS, INC., a New York Corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:  09-CV-01551 JSW<br><br>[~~PROPOSED~~] ORDER ON STIPULATION RE: CONTINUING BRIEFING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING the Court orders that the present briefing schedule for the class certification motion be continued three (3) months to the following:

| Matter | Prior Date | New Date |
| --- | --- | --- |
| Plaintiff's Opening Brief | 6/30/10 | 9/30/10 |
| Defendants' Opposition and Cross | 7/30/10 | 11/1/10 |
| Plaintiff's Opposition and Reply | 8/30/10 | 11/30/10 |
| Defendants' Reply | 9/13/10 | 12/13/10 |
| Hearing | Friday, 10/8/10, 9:00 am | Friday, 1/7/11, 9:00 am |

Dated: February 12, 2010

_____
The Honorable Jeffrey S. White
United States District Court Judge