UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAINA NAPOTO, | No. C 09-1551 JL |
| Plaintiff, | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| v. | [Reassigned Case] |
| DANZAS CORPORATION, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable James Larson for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. Pro. 16(b) and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on Wednesday, October 13, 2010, at 10:30 a.m. in Courtroom F, 15th Floor, U.S. District Court 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10.  Pursuant to Civil Local Rule 16-9, the parties shall file a joint case management statement and proposed order no later than ten (10) days before the date of the conference.  If any party is proceeding without counsel, separate statements may be filed by each party.

1      All documents filed with the Clerk of the Court shall list the civil case number
2 followed only by the initials "**JL**."  One copy shall be clearly marked as a <u>chambers</u> copy.
3      IT IS SO ORDERED.

5 DATED: August 31, 2010

                                                              */s/ James Larson*
                                                              James Larson
                                                           United States Magistrate Judge

**United States District Court**
For the Northern District of California