1  PETER M. HART (SBN 198691)
   **LAW OFFICES OF PETER M. HART**
2  13952 Bora Bora Way, F-320
   Marina Del Rey, CA 90292
3  Telephone: (310) 478-5789
   Facsimile: (509) 561-6441
4  hartpeter @ msn.com

5  Attorneys for Plaintiff
   Taina Napoto
6
   (Additional Counsel for Plaintiff on the following page)
7
   Anthony J. Rao (SBN 173512)
8  **RAO TILIAKOS LLP**
   90 Park Avenue, 18th Floor
9  New York, NY 10016
   Telephone: (212) 455-9255
10 Facsimile: (212) 297-0555
   arao @ raotil.com
11
   Attorneys for Defendants Danzas Corporation,
12 Exel Global Logistics, Inc. and DHL Express (USA), Inc.

13
                    **UNITED STATES DISTRICT COURT**
14
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15

| TAINA NAPOTO, as an individual and on behalf of others similarly situated,<br><br>    Plaintiff,<br>        vs.<br><br>DANZAS CORPORATION, an Ohio corporation, and EXEL GLOBAL LOGISTICS, INC., a New York Corporation and DOES 1 through 100, inclusive ,<br><br>    Defendants | Case No.:   09-CV-01551 JL<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
|---|---|

1

**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
**Case No. 09-CV-01551-JL**

Additional Counsel for Plaintiff

KENNETH H. YOON (SBN 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211
kyoon @ yoon-law.com

LARRY W. LEE (SBN 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower St., Suite 1370
Los Angeles, CA 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
lwlee @ diversitylaw.com

ERIC S. HONIG (State Bar No. 140765)
**LAW OFFICE OF ERIC HONIG**
P.O. Box 10327
Marina Del Rey, California 90295
Telephone: (310) 314-2603
Facsimile: (310) 314-2793
erichonig@aol.com

Plaintiff Amanita Naupoto, also known as Taina Naupoto, erroneously suing under the misspelled name of Taina Napoto ("Plaintiff"), and Defendants Danzas Corporation, Exel Global Logistics, Inc., and DHL Express (USA), Inc. ("Defendants") (collectively herein the "Parties"), by and through their respective counsel of record named herein, hereby stipulate and agree as follows:

Subject to approval by the Court, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

(1) To continue the November 17, 2010 Case Management Conference to December 15, 2010 following hearing on the motion for approval of class action settlement;

(2) To file a Joint Case Management Statement no later than fourteen (14) days before the December 15, 2010 Case Management Conference; and

(3) The Parties will file fully executed signature pages of the Joint Stipulation Of Settlement and Release on or before November 17, 2010.

**IT IS SO STIPULATED.**

Dated: October 22, 2010     LAW OFFICES OF PETER M. HART

By: ____/s/____
Peter M. Hart
Attorneys for Plaintiff

Dated: October 22, 2010     RAO TILIAKOS LLP

By: ____/s/____
Anthony Joseph Rao
Attorneys for Defendants DANZAS CORPORATION, EXEL GLOBAL LOGISTICS, INC. and DHL EXPRESS (USA), INC

3

JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 09-CV-01551-JL

**ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Case Management Conference is continued from November 17, 2010 to December 15, 2010 at 10:30 a.m., following hearing on the motion for approval of class action settlement

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  November 4, 2010           *James Larson*
                                                    _____
                                                    The Honorable James Larson
                                                    Magistrate Judge of the United States District Court

---

4

**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
**Case No. 09-CV-01551-JL**