1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAINA NAPOTO, as an individual and on behalf of others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation; DANZAS CORPORATION, an Ohio corporation, and EXEL GLOBAL LOGISTICS, INC., a New York Corporation and DOES 1 through 100, inclusive,<br><br>   Defendants. | CASE NO.: 09-CV-01551 JL<br><br>[~~PROPOSED~~] ORDER RE: CORRECTED DATABASE AND LATE/DEFICIENT CLAIMS |

**ORDER**

Pursuant to the Parties' Stipulation and GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that:

1. The Database be amended to include Justine Schiro (now McLane), Judy Luiz, Michele Mitchell and Ramona Villanueva;

2. Notice Packets be sent to Justine Schiro (now McLane), Judy Luiz, Michele Mitchell and Ramona Villanueva, and provide each person 30 days rather than 45 days as their Claim Period Deadline (which is the deadline to file a claim, opt-out and/or object); and

3. All deficient and all late claims be accepted up to the date of the Court's Final Approval Order.

Dated: _March 30_, 2011

_____
Hon. James Larson
JUDGE OF THE UNITED STATES DISTRICT COURT

**JAMES LARSON**
U.S. MAGISTRATE JUDGE