ERIC HONIG (State Bar No. 140765)
**LAW OFFICE OF ERIC HONIG**
P.O. Box 10327
Marina Del Rey, California 90295
Telephone: (310) 314-2603
Facsimile: (310) 314-2793
erichonig@aol.com

Peter M. Hart (State Bar No. 198691)
hartpeter@msn.com
Kimberly A. Westmoreland (State Bar No. 237919)
kwestmoreland.loph@gmail.com
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

Kenneth H. Yoon (State Bar No. 198443)
kyoon@yoonlaw.com
Linda Whitehead (State Bar No. 222799)
lwhitehead@yoonlaw.com
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiff Taina Napoto and the Class
(Additional Plaintiff's Counsel on following page)

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAINA NAPOTO, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation; DANZAS CORPORATION, an Ohio corporation; EXEL GLOBAL LOGISTICS, INC., a New York corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:2009-CV-09-01551-JL<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Date: May 4, 2011<br>Time: 9:30 a.m.<br>Ctrm.: F, 15th Floor |

1  Additional Counsel for Plaintiff:

2  LARRY W. LEE (State Bar No. 228175)
   **DIVERSITY LAW GROUP, A Professional Corporation**
3  444 S. Flower St., Suite 1370
   Los Angeles, California 90071
4  Telephone: (213) 488-6555
   Facsimile: (213) 488-6554
5  lwlee@diversitylaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JUDGMENT

On May 4, 2011, the Court entered its Order Granting Final Approval Of Class Action Settlement, Award Of Class Representative's Service Payment, Attorneys' Fees And Litigation Costs, and Claims Administrator's Costs ("Final Approval Order"). Pursuant to Federal Rule of Civil Procedure 54, judgment is hereby entered. The action is dismissed with prejudice per the terms and conditions set forth in the parties' Agreement and Final Approval Order, without costs to any party except as provided therein.

The Court retains jurisdiction over the Plaintiff, the Defendants, and the members of the Class to enforce the terms of the Agreement and this judgment.

Dated    5-4   , 2011

Hon. James Larson
Judge of the United States District Court